

**RC Law Group, PLLC**
285 Passiac Street
Hackensack, NJ 07601
Tel: (201) 282-6500
Fax: (201) 282-6501
Web: www.rclawgroup.com

Revaz Chachanashvili∫
Uri Horowitz▲
Daniel Kohn▲
Yaakov Saks▲*
Jacob Singer▲
Judah Stein▲

LOCAL COUNSEL
Daniel Ruggiero△
Michael J. Ringelheim◊
Robert Tzall∑
Aryeh Stein Ω
Marina Dzhamilova●
Avraham Cutler‡
Jonathan A. Stieglitz√

▲ *NJ & NY Bars*   ∫ *NY Bar*   △ *ME, MA, CT, RI, PA & FL Bars*   ◊ *FL & TX Bars*   ∑ *NV & UT Bars*
Ω *MD, VA & DC Bars*   ● *WA Bar*   Ω *MD, VA & DC Bars*   ‡ *NY, AZ, & MN Bars*   √ *CA Bar*
**Federal Court – CO, TX, WI, MO, NE, NM, IL, ND, MI, CT* ∫

March 31, 2017

The Honorable Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Via ECF**

    Re:    **Ruth Milius v. Continental Service Group, Inc. d/b/a/ Conserve**
             **Case #: 1:17-cv-00805-SJ-RML**

Your Honor,

    We represent the Plaintiff, Ruth Milius, in the above referenced action, and write in accordance with Your Honor's Individual Rules.

    We are pleased to report that the parties have reached an agreement to settle this case.

    Accordingly, the parties respectfully request that the Court remove any upcoming dates or deadlines from its calendar, and mark this matter to be dismissed with prejudice.

    We thank Your Honor and the Court for its kind considerations and courtesies.

                              Respectfully,

                              /s/ *Daniel Kohn*
                              Daniel Kohn
                              **RC Law Group, PLLC**
                              *Attorneys for Plaintiff*