UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ruth Milius<br><br>                    Plaintiff<br><br>    -against-<br><br>Continental Service Group, Inc. d/b/a Conserve<br><br>                    Defendant. | Docket No: 1:17-cv-00805-SJ-RML<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party, and that judgment of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), may be entered in the above entitled action pursuant hereto.

**Dated: April 14, 2017**

                              **RC LAW GROUP, PLLC**
                              By:     */s/ Daniel Kohn*
                              Daniel Kohn
                              285 Passaic Street
                              Hackensack, NJ
                              Tel: (201) 282-6500
                              *Attorneys for Plaintiff*