UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Ruth Milius

                Plaintiff

-against-

Continental Service Group, Inc. d/b/a Conserve

                Defendant.

Docket No: 1:17-cv-00805-SJ-RML

**NOTICE OF VOLUNTARY DISMISSAL**

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAY 03 2017 ★
BROOKLYN OFFICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party, and that judgment of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), may be entered in the above entitled action pursuant hereto.

Dated: April 14, 2017

                RC LAW GROUP, PLLC
                By: /s/ Daniel Kohn
                Daniel Kohn
                285 Passaic Street
                Hackensack, NJ
                Tel: (201) 282-6500
                *Attorneys for Plaintiff*

SO ORDERED
on this 1st day of May 2017

/s/ USDJ STERLING JOHNSON, JR.
STERLING JOHNSON, JR., SENIOR U.S.D.J.